ORIGINAL

DKW/KJM/T
HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

NAME: Aimee Stiner
MAILING ADDRESS: PO Box 2203
CITY, STATE, ZIP CODE: Aiea, HI 96701
TELEPHONE NUMBER: 808-773-2376

FACSIMILE AND EMAIL (if applicable)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 18 2020
at 12 o'clock and 23 min. P M
SUE BEITIA, CLERK
unpaid, IFP submitted

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Aimee Stiner

　　　　Plaintiff,

vs.

Bank of America

　　　　Defendant(s),

CIVIL NO. CV20 00122 DKW KJM

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:
   Address: 98-351 Koauka Lp #1506
   City, State & Zip Code: Aiea, HI 96701
   Phone number: 808-773-2376

2. Defendant is located at:
   Address: MC NC1-027-20-05 215 North Tryon Street
   City, State & Zip Code: Charlotte, NC 28255

EEO 1 - Page 1

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4. This acts complained of in this suit concern:

- A. ☐ Failure to employ me.
- B. ☒ Termination of my employment
- C. ☐ Failure to promote me.
- D. ☒ Other acts as specified below:

Harrassment

5. Defendant's conduct is discriminatory with respect to the following:

   A. ☐ My race or color.
   B. ☐ My religion.
   C. ☐ My sex.
   D. ☐ My national origin.
   E. ☒ Other acts as specified below:

   I was not trected the same as others in my position, in a negative way.

6. The basic facts surrounding my claim of discrimination are:

   I was harassed both inside and outside of work, in several ways.

EEO 1 - Page 3

7. The alleged discrimination occurred on or about _____.
(Date)

9. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division) regarding defendant's alleged discriminatory conduct on or about __Nov 2018__.
(Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Dated: __3/18/20__

_____
Signature of Plaintiff

Aimee Stiner
Plaintiff's Name - printed, or typed.
*(Notarization is not required)*