IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| AIMEE STINER,<br><br>           Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA,<br><br>           Defendant. | Case No. 20-cv-00122-DKW-KJM<br><br>**ORDER RE: LETTER TO THE COURT**[1] |

On May 29, 2020, the Court received another letter from Plaintiff Aimee Stiner (Dkt. No. 9) that appears to seek further clarification of already clear orders of this Court. *See* Orders dated April 23, 2020 and May 21, 2020 at Dkt. Nos. 5 and 8, respectively. Among other things, Stiner asks for this Court's opinion on the fairness of the justice system, why the Equal Employment Opportunity Commission declined to take certain action, and the import of an August 15, 2016 "Civil Pro Bono Ruling" that Stiner does not further identify. The Court declines to further address any of these topics because they are irrelevant to the task at hand, which is to evaluate Stiner's application for in forma pauperis (IFP) status and to screen her complaint in accordance with Title 28.

---

[1] Pursuant to Local Rule 7.1(c), the Court finds this matter suitable for decision without a hearing.

Additionally, Stiner asks for legal advice with regard to her claims and potential defendants.  The Court is not Stiner's personal attorney.  Beyond the guidance already provided by the Court in its prior orders, the Court declines to address these subjects further.

Stiner also appears to ask what motions are decided by the Court with and without a hearing.  The Court refers Stiner to Local Rule 7.1.  If she intends to litigate her claims in this Court, it would be advisable for Stiner to familiarize herself with this Court's local rules, including Local Rule 7.1, all of which can be found on the Court's website or obtained from the Clerk's Office.

Finally, Stiner complains that although this Court ordered her to serve summons' on the parties, its instructions were "not very clear."  The Court is not aware of having provided any instructions regarding service to Stiner.  Indeed, service is not yet appropriate until the Court's screening of Stiner's claims is complete.

Prior orders of this Court have directed Stiner to file a complete IFP application and an amended complaint, consistent with the Court's guidance, no later than June 5, 2020.  The Court expects compliance with that deadline because the failure to comply may result in the automatic dismissal of this action without prejudice.

The Clerk's Office is instructed to mail a copy of this Order to Stiner at the address of record.

IT IS SO ORDERED.

Dated: June 1, 2020 at Honolulu, Hawaiʻi.



_____
Derrick K. Watson
United States District Judge

_____
_Aimee Stiner v. Bank of America_; Civil No. 20-00122 DKW-KJM; **ORDER RE: LETTER TO THE COURT**